MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

**Unclaimed Dividends and/or
Distributions Less Than $5 For Deposit To Registry Fund**

Debtors:    Sherilyn D. Miner

Chapter 7

Case No. 09-31461

Please Check One:

_____ Unclaimed Dividends

__X__ Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Chase Bank USA, N.A.<br>Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas, TX 75374 | 5 | $243.03 | $3.33 |

Date: April 29, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475